

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-18-00370-CV

———————————————

CRAIG M. WATKINS AND TANYA WATKINS, Appellants

V.

CITY OF FORT WORTH, TARRANT COUNTY, FORT WORTH INDEPENDENT SCHOOL DISTRICT, TARRANT COUNTY HOSPITAL DISTRICT, TARRANT REGIONAL WATER DISTRICT AND TARRANT COUNTY COLLEGE DISTRICT, Appellees

On Appeal from the 153rd District Court
Tarrant County, Texas
Trial Court No. 153-D04399-15

Before Sudderth, C.J.; Gabriel and Kerr, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellees' Motion to Dismiss Appeal for Want of Prosecution." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.3(b), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: February 28, 2019